IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CHARLES E. LUKASEK and
MARILYN A. LUKASEK,

    Plaintiffs,

v.                                                                                    Case No. 09-CV-342

UNITED STATE OF AMERICA,

    Defendant.

**ORDER GRANTING BLUE CROSS AND BLUE SHIELD ASSOCIATION'S MOTION TO INTERVENE**

    THIS MATTER having come before the court on Blue Cross and Blue Shield Association's motion to intervene, and the court having received moving papers in support of the motion and no objection from any counsel;

    NOW THEREFORE Blue Cross and Blue Shield Association's motion is granted in all respects and its proposed answer, counterclaim and cross-claim is also accepted in all respects.

    Dated this 11th day of January, 2010.

BY THE COURT:

*Barbara B Crabb*
The Honorable Barbara B. Crabb